PECK *against* THE EXECUTRIX OF PECK.

BALDWIN, for the defendant, moved that the rule for a new trial, which had been granted at the last term, on the motion of the plaintiff, should be vacated. From the affidavits read, it appeared, that the cause was tried at the last *Onondaga* circuit, when a verdict was found for the defendant. The plaintiff's attorney wishing to move to set aside the verdict, as against evidence, made a case, a copy of which he served on the defendant's

*Where, after a verdict, a case is made and settled, the party whose right it is to make up the case must serve a copy of it, as settled, on the opposite party, as early, at least, as the time allowed for noticing the cause for argument; and if the opposite party also notices the case for argument, and has not been so served with a copy of the case as settled, he may take judgment.*

NEW-YORK, attorney on the 22d day of *June*, (having obtained an order for
May, 1817. enlarging the time,) to which the defendant's attorney proposed
PECK   amendments; and on the 27th of *June* notice was given to the
v.    defendant's attorney, that the case would be settled before Mr.
PECK.   Justice *Yates*, before whom the cause was tried. Both parties
noticed the case for argument at the *August* term, but it was not
called on; and it was noticed again for argument, by both parties,
at the last *January* term; and the defendant's attorney asked
the plaintiff's attorney for a copy of the case as settled by the
judge, but he said the papers were with the judge who tried the
cause, and that he did not know that the case was settled; in
consequence of which the defendant's attorney, on his notice,
did not put the case on the calendar of causes for argument.
The case had, in fact, been settled, and was in the hands of the
partner of the plaintiff's attorney, at the time. In *January* term,
the cause was called on the part of the plaintiff, and no counsel
appearing for the defendant, a rule was entered, by default, for
a new trial.

*Goodenow*, contra.

*Per Curiam.* The rule entered at the last term for a new trial
must be set aside, without costs. The defendant's attorney was
entitled to a copy of the case as settled. Where, after verdict, a
case is made and settled by the judge, the party whose right it is to
make up the case must serve a copy of the case, as settled, on
the opposite party, at or before the time of giving notice of the
argument; and if the opposite party also gives notice of argu-
ment, and a copy of the case has not been served on him as ear-
ly, at least, as the time allowed for giving notices of argument,
he will be entitled to judgment.

Rule granted.